

JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

TEL: (716) 831-1994

January 19, 2010

U.S. Bankruptcy Court, WDNY
Office of the Clerk
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501

    Re:    Patrice Jeanne Denero
            Bk. No. 05-93041K

Dear Sir/Madam:

    Enclosed herewith please find a Statement of Unclaimed Funds in regards to the Bankruptcy Estate of Patricia Jeanne Denero.

    I have stopped payment on these checks since they are beyond the 90 day period and I am enclosing the Estate of Patricia Jeanne Denero's check no. 115 in the amount of $141.18 made payable to the U.S. Bankruptcy Court which represents the total due in this matter.

    The following is the name and address for creditors and the amount they are entitled to receive from the Bankruptcy Estate of Patricia Jeanne Denero:

| | | |
|---|---|---|
| Claim No. 4- | Blonder Wallcovering<br>c/o Lacy Katzen Ryen<br>130 E. Main Street<br>Rochester, NY 14604 | $27.01 |
| Claim No. 9 - | Gardner Wallcovering, Inc.<br>3300 Canton Drive<br>Hopkinsville, KY 42240 | $ 31.65 |
| Claim No. 10 | Grossman's Bargain Outlet<br>GE Money<br>PO Box 960061<br>Orlando, FL 32896 | $73.93 |



Claim No. 14   Webb Wallcovering                           $8.59
              PO Box 10323
              Springfield, MO 65808

If you have any questions or problems, please feel free to contact the undersigned.

                                              Very truly yours,

                                        **JOHN H. RING, III**

JHR/pls
Enc.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

DENERO, PATRICE JEANNE

Debtor.

Chapter 7

Case No. 05-93041 MJK

**STATEMENT OF
UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 4 | Blonder Wallcovering<br>c/o Lacy, Katzen, Ryen, 130 E. Main Street<br>Rochester, NY 14604 | $500.00 | $27.01 |
| 9 | Gardner Wallcovering, Inc.<br>3300 Canton Drive<br>Hopkinsville, KY 42240 | $586.00 | $31.65 |
| 10 | Grossman's Bargain Outlet<br>GE Money, P.O. Box 960061<br>Orlando, FL 32896 | $1,368.80 | $73.93 |
| 14 | Webb Wallcovering<br>P.O. Box 10323<br>Springfield, MO 65808 | $159.05 | $8.59 |

**TOTAL UNCLAIMED DIVIDENDS:** $ 141.18

Dated: January 19, 2010

_____
JOHN H. RING, III
Trustee
385 CLEVELAND DR.
CHEEKTOWAGA, NY 14215
(716) 831-1994


FILED
JAN 21 2010
BANKRUPTCY COURT
BUFFALO, N.Y.